IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC H. BLACKWELL                                                PLAINTIFF

v.                          No. 3:19-cv-123-DPM

HAROLD ERWIN, Judge, Lawrence
County Circuit Court; and RYAN COOPER,
Prosecuting Attorney, Lawrence County            DEFENDANTS

ORDER

1. Blackwell's application to proceed *in forma pauperis* is incomplete; he didn't submit a calculation sheet or certificate. His motion, № 1, is therefore denied without prejudice.

2. Blackwell must submit a completed application and certified calculation sheet by 29 May 2019. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Blackwell permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3. The Court directs the Clerk to mail Blackwell an *in forma pauperis* application with a copy of this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2019