IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC H. BLACKWELL     PLAINTIFF

v.     No. 3:19-cv-123-DPM

HAROLD ERWIN, Judge, Lawrence
County Circuit Court, and RYAN COOPER,
Prosecuting Attorney, Lawrence County     DEFENDANTS

## ORDER

Blackwell hasn't paid the $400 filing administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2019