IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC H. BLACKWELL                                       PLAINTIFF

v.                    No. 3:19-cv-123-DPM

HAROLD ERWIN, Judge, Lawrence
County Circuit Court, and RYAN COOPER,
Prosecuting Attorney, Lawrence County           DEFENDANTS

## JUDGMENT

Blackwell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2019